# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Mercedes Christmas-McKinnie<br><br>Date of Original Judgment: August 28, 2013<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No: 5:12-CR-400-2D<br>)  USM No: 56971-056<br>)<br>)  Steve Gordon<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____24____ months **is reduced to** ____18 months, on Count 1*____

*Count 2 remains unchanged at 48 months, concurrent.


If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*


Except as otherwise provided, all provisions of the judgment(s) dated ____August 28, 2013____
shall remain in effect. **IT IS SO ORDERED.**

Order Date: ____5/1/16____         _____/s/ James Dever_____
                                    *Judge's signature*

Effective Date: ____November 1, 2015____     James C. Dever III, Chief U.S. District Judge
    *(if different from order date)*                *Printed name and title*


EDNC Rev. 11/8/2011